An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

SATICOY BAY LLC SERIES 5509 MERIDIAN RAIN ST,

Appellant,

vs.

BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP; AND QUALITY LOAN SERVICE CORPORATION,

Respondents.

No. 65837

**FILED**

DEC 2 6 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER APPROVING STIPULATION, IN PART,
AND DISMISSING APPEAL*

The parties have filed a "Stipulation to Dismiss Appeal and Vacate Order Granting Motion to Dismiss Case A690466." The stipulation seeks to dismiss this appeal, vacate a district court order, return any bond to the party who deposited it, and set a deadline to file a document in district court. The parties' stipulation is approved to the following extent: this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). All other relief requested by the parties is appropriately sought in the district court rather than this court.

It is so ORDERED.

, C.J.

cc:    Hon. Jerry A. Wiese, District Judge
       Law Offices of Michael F. Bohn, Ltd.
       Akerman LLP/Las Vegas
       McCarthy & Holthus, LLP/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-42181